Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
TRANSDEV ALTERNATIVE
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMIAH HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> TRANSDEV ALTERNATIVE SERVICES, INC., And DOES 1-20, inclusive, <br><br> Defendants. | Case No. <br><br> **DEFENDANT TRANSDEV SERVICES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br><br> *[Filed concurrently with Notice of Removal; Declaration of Cheryl Johnson-Hartwell; Civil Cover Sheet; and Corporate Disclosure Statement]* |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Transdev Alternative Services, Inc. certifies, Pursuant to Civil Local Rule 7.1-1, that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 14, 2025      BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Cheryl Johnson-Hartwell
Attorneys for Defendant
TRANSDEV ALTERNATIVE
SERVICES, INC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No.
DEFENDANT'S CERTIFICATION OF
INTERESTED PARTIES

**PROOF OF SERVICE**

**Jeremiah Harris v. Transdev Alternative Services, Inc.**
**Case No.**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 444 South Flower Street, 40th Floor, Los Angeles, CA 90071-2942.

On August 14, 2025, I served true copies of the following document(s) described as **DEFENDANT TRANSDEV SERVICES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

Fletcher B. Brown, Esq.                              Attorneys for Plaintiff
Fletcher B. Brown Law Firm
2831 Telegraph Ave.
Oakland, CA 94609
fletcher@fletcherbrown.law

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Burke, Williams & Sorensen, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ademedio@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2025, at Los Angeles, California.

_____
Alicia T. DeMedio

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No.
DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT