Fletcher B. Brown, Esq. (State Bar No. 276390)
Fletcher B. Brown Law Firm
2831 Telegraph Ave.
Oakland, CA 94609
Tel: 510-986-0441
Fax: 510-978-4717
Fletcher@FletcherBrown.law

Attorney for Plaintiff, Jeremiah Harris

Cheryl Johnson-Hartwell (SBN 221063)
E-mail: cjohnson-hartwell@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant, Transdev Alternative
Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JEREMIAH HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>TRANSDEV ALTERNATIVE SERVICES,<br>INC., And DOES 1-20, inclusive,<br><br>          Defendants. | Case No. 4:25-cv-06902-KAW<br><br>Judge:  Hon. Kandis A. Westmore<br><br>**INITIAL JOINT CASE MANAGEMENT STATEMENT AND (PROPOSED) ORDER**<br><br>**Case Management Conference**<br>**Date:     November 18, 2025**<br>**Time:     1:30 p.m.**<br>**Ctrm:    By Zoom Videoconference** |

The parties to the above-entitled action submit this Initial Joint Case Management Statement, pursuant to the Standing Order for All Judges of the Northern District of California, Civil Local Rule 16-9, and the Court's Order Setting Initial Case Management Conference and ADR Deadlines [Doc. 6].

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

**1.      Jurisdiction and Service:**

The parties agree that this Court has original jurisdiction over this action under 28 U.S.C. § 1332 because: (1) there is complete diversity of citizenship between the parties; and (2) the amount in controversy exceeds $75,000. Plaintiff is a citizen of California. Defendant is a corporation organized under the laws of Delaware and has its principal place of business in Illinois.

On July 11, 2025, Plaintiff commenced a lawsuit in the Superior Court of the State of California for the County of San Francisco, entitled *Jeremiah Harris v. Transdev Alternative Services*, Case No. CGC-25-627160 ("State Court Action"). Plaintiff served the Complaint and Defendant timely removed this action to this court.

The parties agree that venue in the Northern District of California is proper.

**2.      Facts:**

Harris was employed by Transdev as a Vehicle Operator in the San Francisco area beginning in August 2021. He underwent a colonoscopy and related surgery and there is a dispute between the parties regarding his request and/or entitlement to medical leave. He alleges that he informed Transdev of certain hospitalizations and requested FMLA leave. Defendant contends that all of its actions with respect to Plaintiff's employment were supported and appropriate. He was terminated on October 12, 2022.

Harris alleges the following causes of action: (1) Disability discrimination; (2) Perceived disability discrimination; (3) Retaliation for requesting reasonable accommodation; (4) Failure to accommodate (5) Failure to engage in the interactive process.

**3.      Legal Issues:**

The primary legal issues between the parties is whether Plaintiff properly communicated his request for a medical leave and whether Defendant engaged properly in an interactive process. All of the causes of action alleged by Plaintiff relate to these primary legal issues.

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

Additionally, Plaintiff alleges that Defendant discriminated against him and retaliated against him. Defendant denies these allegations.

## 4.   Motions:

Further discovery is required to determine if motions for summary judgment or partial summary judgment would be appropriate. Otherwise, the parties do not anticipated any additional motions at this time.

## 5.   Amendment of Pleadings:

The parties do not intend to amend the pleadings or add parties, although they propose a last day for the completion of motions related to amendment, below.

## 6.   Evidence Preservation:

The parties will preserve evidence as required and no formal agreements have been deemed necessary at this time.

## 7.   Disclosures:

The parties have exchanged initial disclosures pursuant to General Order 71.

## 8.   Discovery:

The parties intend to serve Interrogatories, Requests for Production of Documents, and Requests for Admissions. The parties expect to exchange documents related to Plaintiff's employment with Transdev, his allegations regarding his medical issues, communications with Transdev and absence from work. The parties also expect to take the depositions of individuals who may have relevant information regarding Plaintiff's allegations, including Plaintiff and his treating physicians and employees of Defendant.

**Proposed Limitations or Modifications of the Discovery Rules**: The parties do not propose any limitations or modifications to the discovery rules.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

**E-Discovery Order**: The parties have not yet discussed entering into a stipulated e-discovery order but are open to doing so if they determine that it will facilitate the efficient exchange of electronically stored information.

**Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f), the parties propose a discovery period, below, to allow for the completion of both sides' planned discovery. The parties do not believe that bifurcation or phasing of discovery is necessary at this stage.

**Discovery Disputes**: There are currently no identified discovery disputes. The parties are open to entering into an appropriate protective order to safeguard any confidential or proprietary information exchanged during discovery.

**9.      Class Actions:**

There are no class allegations in this action.

**10.      Related Cases:**

The parties are not aware of any related cases.

**11.      Relief:**

Plaintiff's Position:

Plaintiff seeks compensatory damages, emotional distress damages, punitive damages, costs and fees.

Defendant's Position:

Defendant denies that Plaintiff is entitled to any relief and seeks its recoverable costs.

**12.      Settlement and ADR:**

The parties have complied with ADR Local Rule 3-5 and have filed the required ADR certification documents. The parties are agreeable to private mediation after the completion of initial discovery and further discussions regarding timing and logistics of such mediation.

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

**13.    Other References:**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**14.    Narrowing of Issues:**

The parties are not aware of issues that can be narrowed by agreement at this time.

**15.    Scheduling:**

The parties propose the following pre-trial and trial dates:

| Proposed Event: | Proposed Date: |
| --- | --- |
| Last day to amend pleadings/add parties | January 9, 2026 |
| Last day to designate experts | June 12, 2026 |
| Last day to designate rebuttal experts | July 2, 2026 |
| Discovery cutoff | August 6, 2026 |
| Last day to file dispositive motions | September 11, 2026 |
| Pretrial Conference | January 12, 2027 |
| Jury Trial | January 26, 2027 |

**16.    Trial:**

Defendant has requested a jury trial. The parties estimate a 3 to 5 day trial.

**17.    Disclosure of Non-party Interested Entities or Persons:**

Both parties filed a Certificate of Interested Parties and confirm that no persons, firms, partnerships, corporations (including parent corporations) or other entities are known by the parties to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

**18.**   **Professional Conduct:**

The attorneys of record for the parties certify that they have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**19.**   **Other Matters:**

The parties are not aware of other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Dated:  November 12, 2025                FLETCHER B. BROWN LAW FIRM


By:      *s/ Fletcher B. Brown*
          Fletcher B. Brown
          Attorney for Plaintiff, Jeremiah Harris


Dated:  November 12, 2025                BURKE, WILLIAMS & SORENSEN, LLP


By:      *s/ Edith Sanchez Shea*
          Cheryl Johnson-Hartwell
          Edith Sanchez Shea
          Attorneys for Defendant
          Transdev Alternative Services, Inc.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Fletcher B. Brown, counsel for Plaintiff, Jeremiah Harris, and that I have obtained Mr. Brown's authorization to affix his electronic signature to this document.

Dated:  November 12, 2025                BURKE, WILLIAMS & SORENSEN, LLP


By:      *s/ Edith Sanchez Shea*
          Cheryl Johnson-Hartwell
          Edith Sanchez Shea
          Attorneys for Defendant
          Transdev Alternative Services, Inc.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

6

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER

**CASE MANAGEMENT ORDER**

The above Initial Joint Case Management Statement and (Proposed) Order is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.


DATED: _____


_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

7

Case No. 4:25-cv-06902-KAW
INITIAL JOINT CASE MANAGEMENT STATEMENT
AND (PROPOSED) ORDER