UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH HARRIS,

Plaintiff,

v.

TRANSDEV ALTERNATIVE SERVICES, INC.,

Defendant.

Case No. 25-cv-06902-KAW

**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 26

On July 31, 2026, the Court set a case management conference for October 13, 2026, with the updated joint case management conference statement due by October 6, 2026. (Dkt. No. 23.) After the parties failed to file a joint case management conference statement, the Court issued an order requiring the parties to file the statement by October 8, 2026 at 10:00 a.m. (Dkt. No. 26.) The Court warned that failure to do so "may result in the CMC being continued and an order to show cause being issued to explain why the court should not impose sanctions sua sponte for failure to comply with the filing date." (*Id.*)

As of the filing of this order, the parties have still not filed the joint case management conference statement. Accordingly, the Court CONTINUES the case management conference to **October 20, 2026** at **1:30 p.m.**, with the joint case management conference statement due by **October 13, 2026**. The Court further ORDERS the parties to show cause, by **October 13, 2026**, why they should not each be sanctioned $100 for failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated: October 8, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California